UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLOBAL CROSSING TELECOMMUNICATIONS, INC., <br> Plaintiff(s), <br><br> vs. <br><br> SOUTHWESTERN BELL TELEPHONE, L.P., <br><br> Defendant(s). | Case No. 4:04CV00319-ERW |

### **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant's Motion to Exclude Expert Goldsman's Expert Report and to Exclude Expert Goldsman from Testifying at Trial [doc. #62].

The Court held a hearing on the Motion on this date, and enters this order in accordance with the recommendation of Plaintiff's counsel. The Court will hold in abeyance the Motion to Exclude, pending the completion of the Rule 30(b)(6) deposition. The parties will advise the Court upon the completion of the deposition, at which time the Court will hold a hearing on Defendant's Motion for Summary Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Exclude Expert Testimony [doc. #62] is held in abeyance pending the completion of the Rule 30(b)(6) deposition.

**IT IS FURTHER ORDERED** that the parties shall advise the Court upon completion of the Rule 30(b)(6) deposition so that a date may be set for a hearing on Defendant's Motion for Summary Judgment [doc. #67].

Dated this 29h Day of August, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE